COURTNEY M. MABEE et al., Appellants, *v.* WHITE PLAINS PUBLISHING COMPANY, INC., Respondent.

Submitted June 10, 1946; decided July 23, 1946.

*Stephen R. J. Roach* for appellants.

*Elisha Hanson, William K. Van Allen, Letitia Armistead* and *Frances K. Marlatt* for respondent.

Remittitur amended so as to provide that the judgment of the Appellate Division is reversed and the case remitted to that court for further proceedings not inconsistent with the opinion of the United States Supreme Court herein, without costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.